FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 6 2015

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:15-CR-00 097 JLH |
| | ) | |
| v. | ) | 18 U.S.C. Section 922(g)(1) |
| | ) | |
| KRISTOPHER KALSON | ) | |
| TUROD JACOBS | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  Prior to August 4, 2014, the defendant, **KRISTOPHER KALSON,** had previously been convicted as follows:

> 1.  Possessing Stolen Property in the Second Degree, Case No. 06-1-02260-4 in Pierce Co., Washington; Failure to Register as a Sex Offender, Case No. 07-1-00153-2 in Pierce Co., Washington; Taking Motor Vehicle Without Permission in the Second Degree, Case No. 09-1-01784-2 in Pierce Co., Washington; and Unlawful Subleasing of a Motor Vehicle, Case No. 10-1-04003-1.

B.  The crimes set forth in paragraph A above were punishable by a term of imprisonment exceeding one year.

On or about August 4, 2014, in the Eastern District of Arkansas, the defendant,

**KRISTOPHER KALSON,**

knowingly possessed a firearm in and affecting interstate commerce, to wit, a Smith and

Wesson, model M & P Shield 9, 9mm pistol, serial number HTES100.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

A.   Prior to August 4, 2014, the defendant, **TUROD JACOBS,** had previously been convicted as follows:

    1.   Furnishing Prohibited Articles in Case No. 2011-196 in Mississippi Co., Arkansas.

B.   The crime set forth in paragraph A above was punishable by a term of imprisonment exceeding one year.

On or about August 4, 2014, in the Eastern District of Arkansas, the defendant,

**TUROD JACOBS**

knowingly possessed a firearm in and affecting interstate commerce, to wit, a Glock, model 36, .45 caliber pistol, serial number PMY974.

All in violation of Title 18, United States Code, Section 922(g)(1).

(END OF TEXT.   SIGNATURE PAGE ATTACHED)