IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF

VS.           NO. 4:15-cr-00097-02 JLH

TUROD JACOBS                      DEFENDANT

## RESPONSE TO
## MOTION FOR CONTINUANCE

Comes now the defendant and for his motion states as follows:

1. The defendant has no objection to the Motion for Continuance as filed by any co-defendant.

Respectfully submitted,

/s/Richard E. Holiman
Richard E. Holiman, #79091
Attorney at Law
212 Center St., Suite 325
Little Rock, Arkansas 72201
501-375-1170
Fax: 501-325-1655
rickholiman@gmail.com

## CERTIFICATE OF SERVICE

I, Richard E. Holiman, do hereby state that a true copy of the foregoing motion has been served upon the following by electronic mailing, on this 16th th day of June, 2015
Angela Jegley
Assistant U. S. Attorney
425 W. Capitol. Suite 500
Little Rock, Arkansas 72201          /s/Richard E. Holiman
                                                         Richard E. Holiman