UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 4:15CR00097-01 JLH |
| | ) | |
| | ) | |
| KRISTOPHER KALSON | ) | DEFENDANT |

### DEFENDANT'S MOTION REQUESTING PRETRIAL RELEASE WITH CONDITIONS

Comes now the Defendant, Kristopher Michael Kalson, through his court-appointed counsel, Chris Tarver, Assistant Federal Defender, Federal Public Defender Office, and for Defendant's Motion Requesting Pretrial Release with Conditions states as follows:

1. On May 19, 2015, Mr. Kalson appeared before United States Magistrate Judge, Joe J. Volpe, for the offense of 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm, and was detained upon the government's request for detention with full reservation of his rights to be heard on the issue of detention or release;

2. That On June 18, 2015, a motion to continue was granted moving the jury trial that was scheduled for June 22, 2015, to December 14, 2015, at 9:15 a.m.;

3. That Mr. Kalson is requesting that a detention hearing be held so the court can determine whether there are conditions or a set of conditions whereby he can be released until his jury trial date of December 14, 2015;

WHEREFORE, the Defendant, Kristopher Michael Kalson, respectfully requests the court to grant a hearing in this matter and for all other just and proper relief.

    Respectfully submitted,

    JENNIFFER HORAN
    FEDERAL DEFENDER

By:   /s/ Chris Tarver
       Chris Tarver
       Bar Number 87170
       Senior Litigator
       The Victory Building, Suite 490
       1401 West Capitol Avenue
       Little Rock, AR 72201
       (501) 324-6113
       E-mail: chris_tarver@fd.org

For:   Kristopher Kalson, Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June, 2015, a true and correct copy of the foregoing was mailed to the Defendant, and was electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification to the following:

Angela Jegley
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
E-mail: Angela.Jegley@usdoj.gov

Kristopher Kalson, Defendant

    /s/ Chris Tarver
    Chris Tarver