**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                         PLAINTIFF

v.                                           Case No. 4:15-cr-00097-JLH-1

KRISTOPHER KALSON                                                                                DEFENDANT

## ORDER OF TEMPORARY DETENTION

Defendant appeared before the Court today for his detention hearing. The Court set conditions for him to be released pending his trial. One condition is that his mother, who is his third-party custodian, must obtain a landline telephone for her house. Since she does not currently have a landline telephone, Defendant is remanded to the custody of the United States Marshal Service until he provides to probation proof that his mother has installed a landline telephone for her house.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED this 30th day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE