page 1 of 2

United States District Court of Eastern Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT -2 2015
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Turod Jacobs

vs.

United States

Case: 4:15-CR-0097 JLH

~~pro-se petition~~ → Motion For denial of Counsel: Complaint

Pursuant under client and lawyer relationship violation of rule 8.4, 8.5, 8.7 and rule 37.3(b)

1) Now comes Turod Jacobs to the above court with a complaint notice of actual or constructive denial of his counsel

2) Turod Jacobs states that his counsel has also abandon him, And hasnt been of much help of showing interest in case.

3) Turod Jacobs request that he enters United States District Court to be considered For release on bond pending a disposition in his case within 7 days of receiving this document.

Case #: 4:15-CR00097JLH     Page 2 of 2

4.) Turod Jacobs states since his indictment he hasn't been to court for pre-trial release. He has left several messages for his defense attorney, Mr. Holliman. Mr. Holliman hasn't responded. Family members has tried to do the same with no results. Turod Jacobs pretrial release has been a delayed function at this moment because of inappropriate counsel.

5) Turod Jacobs hasn't physically seen nor heard his appointed counsel voice since he has been appointed 4-5 months prior. Therefore Turod Jacobs request the removal of his counsel or personal contact with him immediately.

6) Turod Jacobs also states that this document doesnt be construred and to accept this document just as is in flashlight view. Turod Jacobs request this above court to grant this motion for his relief.

Respectfully Submitted

Date: 9/29/15          Petioner pro-se
                       Turod Jacobs

CC: U.S Pretrial Services
Office 600 W. Capital Avenue Rm A226
Room A226 LR, AR 72201     Pulaski County Jail
                           2400 South Woodrow
                           Little Rock, AR 72204