IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   4:15CR00097 – JLH |
| | ) | |
| KRISTOPHER KALSON TUROD JACOBS | ) | |

## UNITED STATES' MOTION TO CONTINUE

This case is currently scheduled for trial on December 14, 2015.

The United States requests a continuance on the grounds that the undersigned counsel has a scheduling conflict and will be in St. Louis at the Eighth Circuit Court of Appeals on December 14th and 15th for an oral argument in the case of *United States v. John Stacks.*

The United States further requests that the intervening period of delay be excluded for purposes of the Speedy Trial computation to ensure continuity of counsel and in the interest of justice.   See *United States v. Stackhouse*, 183 F.3d 900, 902 (8th Cir. 1999) (upholding continuance due to AUSA's "busy trial schedule.")

Defendant Jacobs' Attorney, Richard Holiman, does not oppose this continuance. Defendant Kalson's Attorney, Chris Tarver, has replied to the court but his position concerning the continuance is not clear.

1

THEREFORE, for the foregoing reasons, the United States respectfully requests that the Motion to Continue to granted and that the time be excluded for purposes for the Speedy Trial Act.

    Respectfully submitted,

    CHRISTOPHER R. THYER
    UNITED STATES ATTORNEY

    /s/ Angela S. Jegley
    By:   ANGELA S. JEGLEY
    Bar No. 79100
    Assistant U.S. Attorney
    P.O. Box 1229
    Little Rock, AR 72203
    501-340-2600
    Angela.Jegley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was filed by the district court's electronic filing system and a copy will be sent electronically to the defendants' attorneys of record, on this 2nd   day of December, 2015.

    /s/ Angela S. Jegley_____
    ANGELA S. JEGLEY