UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 4:15CR00097 JLH |
| | ) | |
| | ) | |
| KRISTOPHER KALSON | ) | DEFENDANT |

### RESPONSE TO GOVERNMENT'S MOTION TO CONTINUE

Comes the defendant, Kristopher Kalson, by and through undersigned counsel and states that he does not object to the government's request for a continuance.

Respectfully submitted,

JENNIFFER HORAN
FEDERAL DEFENDER

By: /s/ Chris Tarver
Chris Tarver
Bar Number 87170
Senior Litigator
The Victory Building, Suite 490
1401 West Capitol Avenue
Little Rock, AR 72201
(501) 324-6113
E-mail: chris_tarver@fd.org

For: Kristopher Kalson, Defendant

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 7th day of December, 2015, a true and correct copy of the foregoing was mailed to the Defendant, and was electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification to the following:

Angela Jegley
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
E-mail: angela.jegley@usdoj.gov.

Kristopher Kalson, Defendant

                /s/ Chris Tarver
                Chris Tarver