PS 42
(Rev. 7/93)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 01 2016

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

## United States District Court
### Eastern District of Arkansas

| | |
|---|---|
| United States of America )<br>)<br>vs. )<br>)<br>Kristopher Kalson ) | Case No.   0860 4:15CR00097 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Kristopher Kalson____, have discussed with ____Emilienne Ngampa____, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

**Remove conditions (p) and (q).**

I consent to this modification of my release conditions and agree to abide by this modification.

_____  8/25/16          _____  8-25-2016
Signature of Defendant           Date           Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                              9-1-16
Signature of Defense Counsel                            Date

The Assistant U.S. Attorney ☒ does ☐ does not concur with this modification.         9/1/16
☑ The above modification of conditions of release is ordered, to be effective on Click here to enter a date.
☐ The above modification of conditions of release is *not* ordered.

_____                              9/1/16
Signature of Judicial Officer                           Date